UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Deanna Duncan,

        Defendant.

-------------------------------------------------------x

ORDER

Docket No. 16 CR 00302 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Francis L. O'Reilly, Esq., is to assume representation of the defendant in the above captioned matter as of March 31, 2022. Mr. O'Reilly is appointed pursuant to the Criminal Justice Act. His address is O'Reilly & Shaw, 41 Unquowa Place, Fairfield, Connecticut 06824, phone number (203) 913-4608; Attflor@aol.com.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       March 31, 2022